Magistrate Judge Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MIGUEL ALMELO PALOMERA,

        Petitioner,

        v.

UNITED STATES OF AMERICA,

        Respondent.

NO. C07-1496-JCC-MAT
(CR05-344 JCC)

ORDER CONTINUING DUE DATE FOR REPLY
(~~PROPOSED~~)

This matter having come before the Court on the Government's motion to continue the due date of reply to the defendant's motion to modify sentence, now, therefore,

IT IS ORDERED that the motion is granted, and the Government's answer shall be filed and served on or before January 25, 2008.

DATED this <u>20th</u> day of November, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

Order/Palomera/C07-1496-JCC-MAT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970