UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MIGUEL ALMEJO PALOMERA, | ) | CASE NO.   C07-1496-JCC-MAT |
| | ) | (CR05-344-JCC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER RENOTING |
| UNITED STATES OF AMERICA, | ) | RESPONDENT'S ANSWER TO |
| | ) | § 2255 MOTION |
| Respondent. | ) | |
| _____ | ) | |

Petitioner has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. On December 21, 2007, respondent filed its answer to petitioner's motion. In the caption of the answer, respondent noted the answer for consideration by the Court on January 11, 2008. (Dkt. No. 11). However, in a previous Order, the Court clearly stated that **"respondent shall note [the answer] for consideration on the fourth Friday after filing**." (Dkt. No. 8, emphasis in original). Accordingly, the Court does hereby ORDER that:

(1) The Clerk shall RENOTE respondent's answer for consideration by the Court on January 18, 2008. Petitioner may file a response to the answer no later than January 14, 2008. Respondent may file a reply no later than January 18, 2008.

ORDER RENOTING RESPONDENT'S
ANSWER TO § 2255 MOTION
PAGE -1

(2)   The Clerk shall direct a copy of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 8th day of January, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER RENOTING RESPONDENT'S
ANSWER TO § 2255 MOTION
PAGE -2