# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| MIGUEL ALMEJO PALOMERA, | ) | CASE NO.  C07-1496-JCC-MAT |
| | ) | (CR05-344-JCC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING § 2255 MOTION |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, petitioner's reply, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2255 motion is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 11th day of _March, 2008.

John C. Coughenour
United States District Judge

ORDER DENYING § 2255 MOTION
PAGE -1